UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERTO CARLOS DOMINGUEZ,<br><br>        Plaintiff,<br>v.<br><br>JOHN KERRY, Secretary,<br>U.S. Department of State,<br><br>        Defendant. | C.A. No. 1:14-cv-13970-WGY |

## STIPULATION OF DISMISSAL WITH PREJUDICE UNDER
## FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Plaintiff Roberto Carlos Dominguez and Defendant John Kerry (collectively, the "parties"), by and through their undersigned counsel, hereby stipulate and agree to dismiss the above captioned action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Based on information made available through discovery and the totality of the circumstances, Defendant acknowledges that as of the date of execution of the settlement agreement, Plaintiff can meet his burden of establishing that he is a United States citizen by the preponderance of the evidence under 22 C.F.R. § 51.40.

The parties have signed a Settlement and Release of All Claims. To obtain a passport, Plaintiff must comply with all requirements set out in the Settlement and Release of All Claims, including providing complete and accurate information on a new passport application (Form DS-11), and be otherwise eligible for a passport at the time he applies. The parties have agreed that each side shall bear its own costs and fees related to this action and that Plaintiff will not initiate any litigation for attorney fees and/or costs under the Equal Access to Justice Act, or any other statute, rule, or legal doctrine.

Respectfully submitted,

Dated: May 12, 2016						/s/ Andrea A. Saenz
							ANDREA A. SAENZ (BBO #674024)
							Anthony Faranda, Student Attorney
							Dara Gell, Student Attorney
							Sophia Gurulé, Student Attorney
							Immigration Justice Clinic
							Benjamin N. Cardozo School of Law

							*Counsel for Plaintiff*

Dated: May 12, 2016						/s/ Brian C. Ward
							BRIAN C. WARD
							IL Bar No. 6304236
							Trial Attorney, District Court Section
							Office of Immigration Litigation
							Civil Division, U.S. Department of Justice
							P.O. Box 868, Ben Franklin Station
							Washington, DC 20044
							(202) 616-9121
							brian.c.ward@usdoj.gov

							*Counsel for Defendant*

**SO ORDERED:**

_____
United States District Judge
Dated: Boston, Massachusetts

May /3, 2016

2